IN RE HORICON DRAINAGE DISTRICT: APPEAL OF KOCH.

*April 3—September 29, 1908.*

*In re Horicon Drainage District, ante,* p. 227, followed.

APPEAL from an order of the circuit court for Dodge county: JAMES J. DICK, Circuit Judge. *Reversed.*

For the appellants there were briefs by *Lamoreux & Husting,* and oral argument by *C. A. Lamoreux, P. O. Husting,* and *M. E. Burke.*

*J. E. Malone,* for the respondent petitioners.

*C. E. Hooker,* for the respondent commissioners.

Franzen v. Hammond, 136 Wis. 239.

The following opinion was filed April 17, 1908:

KERWIN, J.   This case is ruled by *In re Horicon Drainage District: Appeal of Rottenberger, ante,* p. 227, 116 N. W. 12.   Therefore the order appealed from must be reversed.

*By the Court.*—The order of the court below is reversed, and the proceeding remanded with directions to dismiss the petition.

A motion for a rehearing was denied September 29, 1908.